980 A.2d 33

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for America's Wholesale Lender,

v.

Juli' A. D'ANCONA–MAHER and Lisa Maher

Petition of Juli' A. D'Ancona Maher and Joseph Maher.

Supreme Court of Pennsylvania.

Aug. 13, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of August, 2009, the Petition for Allowance of Appeal is hereby **DENIED.**

The Application for Leave to Appeal *in Forma Pauperis* filed by Juli' A. D'Ancona Maher and Joseph Maher is hereby **DENIED** as moot.